(Name) William Allen Garrett

(Address) George Baily Detention Facility
466 Alto Road Suite 5300

(City, State, Zip) San Diego California 92158

(CDC Inmate No.) 11153607

FILED
NOV 01 2011
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

1983 ✓
FILING FEE PAID
Yes____ No____ ✓
IFP MOTION FILED
Yes ✓ No____
COPIES SENT TO
Court ✓ ProSe____

# United States District Court
## Southern District of California

(Enter full name of plaintiff in this action.)

William Allen Garrett Plaintiff,

v.

Andreas Ruiz
Brandon Jordon,
Brett H. Burkett,
San Diego Police Department,

(Enter full name of each defendant in this action.)

Defendant(s).

'11 CV2540 IEG WVG

Civil Case No. ___________
(To be supplied by Court Clerk)

Complaint Under the Civil Rights Act 42 U.S.C. § 1983

**A. Jurisdiction**

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

**B. Parties**

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, William Allen Garrett (print Plaintiff's name), who presently resides at George Bailey Detention Facility 466 Alto Road (mailing address or place of confinement), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at 3330 3rd Avenue Suite 200 (institution/place where violation occurred) on (dates) July 14, 2011 (Count 1), ______ (Count 2), and July 18 2011 (Count 3)

2. Defendants: (Attach same information on additional pages if you are naming more than 4 defendants.)
Andreas Ruiz, Brandon Jordon, Brett Burkett
San Diego Police Department

Defendant Andres Ruiz officer (name) resides in SAN Diego Police Department Broadway Division SAN Diego (County of residence), and is employed as a (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Defendant used excessive force shooting his weapon in close quarter three times after his first shot effectively removed any threat to him are his partner. Defendant is recognized as a top shooter in his Division

Defendant Brandon Jordon officer (name) resides in SAN Diego Police Department Broadway Division SAN Diego (County of residence), and is employed as a (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: Defendant Allowed excessive force by his partner Andres Ruiz

Defendant Brett H. Burkett (name) resides in SAN Diego Police Department Homicide Team IV (County of residence), and is employed as a (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: under the 5th Amendment I was illegally interrogated while under mind alter medication; whereas Detective Burkett took advantage of the situation to manipulate a testimony,

Defendant San Diego Police Department (name) resides in Broadway Division (County of residence), and is employed as a (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: The San Diego Police Department ingaged in covering up the numerous constitutional violation when petitioner was shot in the back of the neck.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: The Eighth, Fourteenth And First Achmendment to the Constitution; cruel and unusual treatment under the color of Athority (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.] ON July 14 2011, At or Around 1020 PM I WAS Shot twice by officer Andreas Ruiz At close Range 7 foot or less by A Lethal weapon 45 Auto caliber Elite wodey pistol in excess. The Plaintiff in this Action should be free from excess force under the color of Athority, evan while comitting A crime of commercial Burglary. I was denied the right to know Are evan givin an opportunity to drop A knife used as A Burglar tool. officer Andres Ruiz A top notch shooter in his Division without warning or Acknowledging that he was A police officer shot the knife from my hand with A direct through and through shot in the wrist holding The knife; whereas this officer should have stop shooting when it was REASONABLY KNOWN that plaintiff was without A threat of A weapon. Howeve this officer continued shooting trying for kill shots the head and heart; However petitioner was trying to get AWAY and was shot in the back of the neck; whereas Defendant Ruiz partner placed me in handcuff. I was denied my Due process being charged with Assult on officers with Deadly weapon when I was not givin an anoucment of who they were and if they were Armed I Assume security gaurds These charges were Applied because I was shot by officer Ruiz under color of Athority; and The charges Against me Are excessive over stepping my constitutiona Rights with time exceeding the 8th Admendment standards

**Count 2**: The following civil right has been violated: 5th Admendment
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

**Supporting Facts**: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

I WAS interrogated in the hospital, while under Morphine and Percadates, and the Detective suggested I WAS suicidal and being under the drugs I was I WAS convinced by this Detective I WAS suicidAL Detective Burkot is Also named in this complaint for violating my 5th Admendment AND 1st Admendment right to due process, Detective Brett H. Burkett ID # 4836 Homicide TeAM IV

**Count 3**: The following civil right has been violated:
(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

The san Diego Police Department, should have Reasonably known that the officers envolved in this civil action engaged in the numerous constitutional violations that caused this petitioner physical and life altering emotional scars. The failure to stop these violation is a violation of the 8th admendment; whereas the failure to protect even the person commiting a crime is a crime in itself which is maliciously done.

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: ______________________________

Defendants: ______________________________

(b) Name of the court and docket number: ______________________________

______________________________.

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] ______________

______________________________.

(d) Issues raised:

______________________________

______________________________

______________________________

______________________________.

(e) Approximate date case was filed: ______________________.

(f) Approximate date of disposition: ______________________.

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☐ Yes ☒ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s):

2. Damages in the sum of $ 365000.00 .
3. Punitive damages in the sum of $ 2 Million .
4. Other:

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☒ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

10-

Date

[signature]

Signature of Plaintiff

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** William Allen Garrett

**DEFENDANTS** Andreas Ruiz, et al

2254 ____ 1983 ____
FILING FEE PAID
Yes ____ No ____
IFP MOTION FILED
Yes ____ No ____
COPIES SENT TO
Court ____ ProSe ____

FILED
NOV 01 2011
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**(b)** County of Residence of First Listed Plaintiff San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
William Allen Garrett
466 Alta Road Ste. 5300
San Diego CA 92158
11153607

Attorneys (If Known)

'11 CV 2540 IEG WVG

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- x 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- x 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
**42:1983**

Brief description of cause:
**Prisoner Civil Rights**

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $** $2,365,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** x Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE ____ DOCKET NUMBER ____

DATE 11/01/11

SIGNATURE OF ATTORNEY OF RECORD
SKHoestenbach [signature]

**FOR OFFICE USE ONLY**

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

William Garrett - 11153607 5A-203
George Bailey Detention Fac.
446 Alta Road Suite 5300
San Diego CA, 92155




LEGAL MAIL

United States District Court
Southern District of California

Office of the Clerk
880 Front Street, Suite 4290
San Diego California
92101-8900

Legal Mail

92101X8900



© USPS 2009

ML-0821

Legal Mail




THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

SUSTAINABLE FORESTRY INITIATIVE
Certified Fiber Sourcing
www.sfiprogram.org