**LAW OFFICE OF JONATHAN B. JORDAN**
**JONATHAN B. JORDAN, ESQ. SBN 105815**
**DANIEL A. VESPI, ESQ. SBN 281940**
3233 Third Avenue
San Diego, CA 92103
Phone: (619) 243-7340
Fax: (619) 243-7343

Attorneys for Plaintiff
WILLIAM ALLEN GARRETT

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALLEN GARRETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREAS RUIZ, et al.<br><br>　　　　　Defendants, | Civil No. 11-2540-IEG (WVG)<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY (SD CA Rule 83.3 (g)(3)) AND REQUEST FOR A STAY OF THESE PROCEEDINGS PENDING THIS MOTION'S DETERMINATION**<br><br>Judge:　　Hon. Judge Gonzalez<br>Courtroom:　1<br>Motion Date:　January 14, 2013<br>Motion Time: 10:30 a.m. |

To WILLIAM ALLEN GARRETT, Plaintiff:

　　PLEASE TAKE NOTICE that on January 14, 2013, at the hour of 10:30 a.m. or as soon thereafter as the matter can be heard, in Courtroom 1 of the above-entitled court, counsel will move this court for an order permitting the undersigned and co-counsel Jonathan Jordan to withdraw as attorneys for Plaintiff herein.  The motion will be made on the grounds that the best interest of the Plaintiff and the undersigned require withdrawal and substitution of an attorney, and that Plaintiff is not in compliance with the retainer agreement.

1    As part and parcel of this motion, the movant's also request that all future dates, appearances,
2  duties and obligations in this case be stayed pending the outcome of this motion.
3    The motion will be based upon the provisions of Local Rule SD CA Rule 83.3 (g)(3), upon all
4  the papers, records, and documents on file herein, and upon evidence, oral and documentary, to be
5  presented at the hearing of the motion.

8  DATED:  December 6, 2012                    /s/ *Daniel A. Vespi*
                                               Daniel A. Vespi
                                               Attorney for Plaintiff
                                               WILLIAM ALLEN GARRETT

NOTICE OF MOTION TO WITHDRAW AS ATTORNEY