**LAW OFFICE OF JONATHAN B. JORDAN**
**JONATHAN B. JORDAN, ESQ. SBN 105815**
**DANIEL A. VESPI, ESQ. SBN 281940**
3233 Third Avenue
San Diego, CA 92103
Phone: (619) 243-7340
Fax: (619) 243-7343

Attorneys for Plaintiff
WILLIAM ALLEN GARRETT

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALLEN GARRETT,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREAS RUIZ, et al.<br><br>        Defendants, | Civil No. 11-2540-IEG (WVG)<br><br>**DECLARATION IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY**<br><br>Judge:    Hon. Judge Gonzalez<br>Courtroom:    1<br>Motion Date: January 14, 2013<br>Motion Time: 10:30 a.m. |

I, DANIEL A. VESPI, declare as follows:

1.    Myself and Jonathan Jordan are counsel for the plaintiff in the above-entitled case.

2.    A motion is brought pursuant to Local Rule SD CA Rule 83.3 (g)(3) for withdrawal as attorney for Plaintiff in this matter.

2.    Plaintiff, William Allen Garrett, has been properly served counsel's Notice of Motion and Motion for Leave to Withdraw as Attorney as required.

3.    The Defendant's attorney of record has also been given required notice of this motion.

DECLARATION IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY

4.    The purpose and reason for the motion to withdraw stems from a severe breakdown in the attorney-client relationship, particularly the plaintiff's inability to follow the provisions of the retainer agreement, such that our further representation of Mr. Garrett on this matter would run afoul of our personal and professional beliefs, duties, and responsibilities.  This motion is partially based on monetary grounds, but also comes as a result of client's actions and our belief that continued representation may result in violation of the Professional Rules of Conduct or of the State Bar Act.

5.    Withdrawal from this case, at this time, would not cause an extreme or material prejudice to Mr. Garrett's case. The potential harm and degree of such harm of our withdrawal do not outweigh the interests served by such withdrawal.

6.    Following recent occurrences, I fear that the attorney-client relationship has been severely damaged.  Further, I believe our relationship with clients must most importantly be based on trust, and do not feel that his current relationship with Mr. Garrett meets this standard.  These recent developments affect my ability to trust Mr. Garrett, an important aspect to providing adequate and ethical legal representation.  In order to comply with attorney-client confidentiality, I further refrain from divulging information regarding the conflict, but remain available to comply with any court inquiries on the matter.

7.    I move to withdraw as Mr. Garrett's attorney because of the events that have occurred and in order to prevent any dishonesty in my professional capacity or any violations of the Professional Rules of Conduct.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 6th day of December, 2012, at San Diego, California.

                                                                       Respectfully Submitted,

                                                                       /s/ *Daniel A. Vespi*_____
                                                                       Daniel A. Vespi, Esq.
                                                                       Attorney for Plaintiff,
                                                                       William Allen Garrett

DECLARATION IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY