```
Jonathan B. Jordan, sbn. 105815
Daniel A. Vespi, sbn. 281940
```
**Law Offices of Jonathan B. Jordan**
```
3233 Third Avenue
San Diego, CA  92103
(619) 243-7340
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALLEN GARRETT )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>ANDREAS RUIZ, et al., )<br>)<br>  Defendants. )<br>_____) | **11-cv-02540-IEG-WVG**<br><br>**PROOF OF SERVICE** |

I hereby certify that on December 6, 2012 I electronically filed DANIEL A. VESPI and JONATHAN B. JORDAN's NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEYS AND REQUEST FOR A STAY OF THESE PROCEEDINGS PENDING THIS MOTION'S DETERMINATION using the CM/ECF system, which will send a notice of electronic filing to the email address of the individuals listed on the attached electronic service list.

John E. Riley, Esq, jriley@sandiego.gov

Dated: December 6, 2012                                     Respectfully Submitted,


                                                            /s Daniel A. Vespi

1